No. 105. J. W. SELSOR *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Sub-

mitted December 18, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) Act of March 1, 1913, c. 90, 37 Stat. 699. (2) *Seaboard Air Line Ry.* v. *North Carolina,* 245 U. S. 298, 303; *Clark Distilling Co.* v. *Western Maryland Ry. Co.,* 242 U. S. 311, 325. *Mr. J. D. Wilkinson, Mr. A. L. Alexander* and *Mr. T. Alexander* for plaintiff in error. No brief filed for defendant in error.